1  ROBERT FELDMAN, State Bar No. 69602
   LEO CUNNINGHAM, State Bar No. 121605
2  THOMAS J. MARTIN, State Bar No. 150039
   DYLAN LIDDIARD, State Bar No. 203055
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  650 Page Mill Road
   Palo Alto, CA 94304-1050
5  Telephone:  (650) 493-9300
   Facsimile:   (650) 565-5100
6  Email:  rfeldman@wsgr.com; lcunningham@wsgr.com; tmartin@wsgr.com;
   dliddiard@wsgr.com
7
   Attorneys for Defendants
8  SHOPPING.COM, (CALIFORNIA), INC. and
   SHOPPING.COM, LTD.
9
   [Additional counsel appear on signature pages]
10

11                        UNITED STATES DISTRICT COURT

12                       NORTHERN DISTRICT OF CALIFORNIA

13                             SAN FRANCISCO DIVISION

14

15  NAVAL RAVIKANT ET AL.,              )   CASE NO.: 3:05-cv-03300-MHP
                                        )
16          Plaintiffs,                 )   **NOTICE OF SETTLEMENT AND**
                                        )   **[PROPOSED] REMAND ORDER**
17      v.                              )
                                        )
18  NIRAV N. TOLIA, ET AL.,             )
                                        )
19          Defendants.                 )
                                        )
20                                      )
                                        )
21  _____ )

22          TO THE COURT AND ALL PARTIES HEREIN:

23          Pursuant to the Court's September 26, 2005 Order, Plaintiffs Naval Ravikant, et al.

24  (collectively, "Plaintiffs") and Defendants Nirav N. Tolia et al. (collectively, "Defendants"),

25  hereby notify the Court that the parties have executed settlement documents and that the remand

26  of this action to the Superior Court of the State of California for the County of San Francisco is

27  appropriate.

28

NOTICE OF SETTLEMENT AND           -1-                                              2778850_1.DOC
[PROPOSED] ORDER
CASE NO. 3:05-CV-03300-MHP

Dated: December 6, 2005

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: _____/s/ Dylan Liddiard_____
      Dylan Liddiard

Attorneys for Defendants
Shopping.Com (California), Inc. and
Shopping.Com, Ltd.

Dated: December 6, 2005

SUSMAN GODFREY LLP
LAW OFFICES OF MANUEL S. KLAUSNER
LAW OFFICES OF THOMAS K. BOURKE

By: _____/s/ Stephen E. Morrissey_____
      Stephen E. Morrissey

Attorneys for Plaintiffs
Naval Ravikant, et al.

Dated: December 6, 2005

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By: _____/s/ Thad A. Davis_____
      Thad A. Davis

Attorneys for Defendants
Benchmark Capital LLCs and LPs
August Capital LLCs and LP, J. William Gurley, John, R. Johnston

Dated: December 6, 2005

KEKER & VAN NEST, LLP

By: _____/s/ Ragesh Tangri_____
      Ragesh Tangri

Attorneys for Defendant
Nirav N. Tolia

Dated: December 6, 2005

COOLEY GODWARD, LLP

By: _____
Ann Mooney

Attorneys for Defendants
Thomas Gieselmann, BV Capital Management, LLC, BV Capital II, L.P., and BV Capital GmbH & Co. Beteiligungs-KG No. 1

1                                          **[PROPOSED] ORDER**

2        IT IS HEREBY ORDERED that this action is remanded to the Superior Court of the

3 State of California for the County of San Francisco.

5 Dated: 12/9/2005



Judge Marilyn H. Patel
United States District Court

NOTICE OF SETTLEMENT AND
[PROPOSED] ORDER                     -4-                                     2778850_1.DOC
CASE NO. 3:05-CV-03300-MHP